**DECLARATION OF CRAIG R. ANDERSON, ESQ. IN SUPPORT OF DEFENDANTS LVMPD AND OFC. GARCIA'S MOTION FOR SUMMARY JUDGMENT**

I, Craig R. Anderson, Esq., hereby declares as follows:

1. I am over the age of eighteen (18) years of age and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a Court of law and will so testify if called upon.

2. I am counsel for Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Officer George Garcia in the case of *Asia El-Mineiri-Williams v. LVMPD, et al.*, Case No. 2:24-cv-01906-APG-EJY.

3. This Declaration is submitted to the Court to authenticate exhibits attached to LVMPD Defendants' Motion for Summary Judgment.

4. Attached as **Exhibit A** is the deposition transcript of Plaintiff. It is authenticated by the Court Reporter's certificate.

5. Attached as **Exhibit B** is Defendant Officer George Garcia's deposition transcript. It is authenticated by the Court Reporter's certificate.

6. Attached as **Exhibit C** is LVMPD's Use of Force Report. It is authenticated by Defendant Garcia's deposition at page 41.

7. Attached as **Exhibit D** is the body worn camera footage of (1) Officer Garcia (0358); (2) Officer Christian (0358); (3) Officer Atkinson (0357); (4) Officer Kyger (0358); (5) Sgt. McCartin (0444); (6) Sgt. McCartin (502); (7) Officer Garcia (454); (8) Officer Garcia (502); and (9) Cellphone Video. The BWC and video evidence has been produced and used by both parties in discovery and neither party has challenged any of the BWC's authenticity. *See e.g.,* Defendant Garcia's Deposition at 58.

8. Attached as **Exhibit E** is a medical letter. It was produced by Plaintiff during discovery.

Page 1 of 2

MAC: 14687-511 (#6026643.1)

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

9. Pursuant to NRS 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 10TH day of September, 2025.

            *s/Craig R. Anderson*
            Craig R. Anderson, Esq.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 2 of 2

MAC: 14687-511 (#6026643.1)