Exhibit D - BWC and video:
Officer Garcia (0358)
Officer Christian (0358)
Officer Atkinson (0357)
Officer Kyger (0358)
Sgt. McCartin (0444)
Sgt. McCartin (502)
Garcia (454)
Garcia (502)
Cellphone Video