# Exhibit E - .Plaintiff's Medical Letter



6430 Selma Ave. Los Angeles, CA 90028 | www.hollywoodclinic.net

PHN: (323) 848-4522 | FAX: (323) 940-4013

October 19, 2022

To Whom It May Concern,

**Asia Williams (DOB:** ▓▓▓▓▓ was evaluated at our urgent care facility today. Please excuse any absences this may have caused.

Best Regards,

**Michelle Kim, NP**

Hollywood Walk-In Clinic
6430 Selma Ave
Los Angeles, CA 90028
(323) 848-4522

*Hollywood Walk-In Clinic*
*6430 Selma Avenue. L.A. 90028*
*P. 323.848.4522 F. 323.940.401:*
*Hollywoodclinic.net*
*CA Medical Board FNP #3997f*

PLTF000032