# DECLARATION OF RODNEY S. DIGGS

I, Rodney S. Diggs, declare:

1. I am an attorney at law, duly licensed to practice before this Court and all of the courts of the State of California. I am a partner at IVIE McNEILL WYATT PURCELL & DIGGS, attorneys of record for Plaintiff ASIA EL-NIMEIRI-WILLIAMS ("Plaintiff") in the above-entitled matter.

2. If called upon to testify, I could and would competently testify to the following facts, as the same are personally known to me, except as to those matters that may be stated upon information and belief, and as to those matters, I believe the same to be true.

3. This declaration is made in support of Plaintiff's Opposition to Defendants Las Vegas Metropolitan Police Department and Officer George Garia's ("Defendants") Motion for Summary Judgment.

4. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the pertinent portions of the transcripts of the May 30, 2025, deposition of Plaintiff Asia El-Nimeiri-Williams.

5. Attached hereto and incorporated herein by reference as **Exhibit B** is a true and correct copy of the pertinent portions of the transcripts of the July 29, 2025, deposition of Defendant George Garcia.

6. Attached hereto and incorporated herein by reference as **Exhibit C** is a true and correct copy of Plaintiff's Responses to Defendants Interrogatories, Set One.

7. Attached hereto and incorporated herein by reference as **Exhibit D** is true and correct copy of the October 16, 2022, Cellular Phone Video Footage.

8. Attached hereto and incorporated herein by reference as **Exhibit E** is a true and correct copy of Sergeant Zachery McCartin's body-worn camera video, LMVPD 000103, of the subject incident in this matter.

9. Attached hereto and incorporated herein by reference as **Exhibit F** is a true and correct copy of Officer Georgia Garica's body-worn camera video, LMVPD 000094, of the subject incident in this matter.

10. Attached hereto and incorporated herein by reference as **Exhibit G** is a true and correct copy Officer George Garica's Use of Force Report, *Redacted*, LVMPD 000034-LVMPD000038.

11. Attached hereto and incorporated herein by reference as **Exhibit H** is a true and correct copy Officer George Garcia's Use of Force Report, *Unredacted*, PLTF000033-PLTF000037.

12. Attached hereto and incorporated herein by reference as **Exhibit I** is a true and correct copy Plaintiff's Citizen's Review Board Complaint, LVMPD 000040-LVMPD 000041.

13. Attached hereto and incorporated herein by reference as **Exhibit J** is a true and correct copy the May 10, 2023, Claim Against the State of Nevada, PLTF000038-PLTF000040.

14. Attached hereto and incorporated herein by reference as **Exhibit K** is a true and correct copy the May 16, 2023, State of Nevada's Denial of Claim, PLTF000042.

15. Attached hereto and incorporated herein by reference as **Exhibit L** is a true and correct copy the November 15, 2023, Las Vegas Metropolitan Police Department's Preliminary Correspondence to Plaintiff, LVMPD 000041.

16. Attached hereto and incorporated herein by reference as **Exhibit M** is a true and correct copy Plaintiff's First Amended Complaint [Dkt 10].

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed this 30th day of September, 2025 at Los Angeles, California.

*/s/ Rodney S. Diggs*
RODNEY S. DIGGS, Declarant

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DECLARATION OF RODNEY S. DIGGS IN SUPPORT OF DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND OFFICER GARCIA'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 1st day of October, 2025.

[X]   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

[X]   I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

/s/ Le Chaune Metoyer
an employee of Ivie McNeill Wyatt Purcell & Diggs