EXHIBIT

D

CELL PHONE VIDEO NO. 1