EXHIBIT

E

LVMPD 000103 MCCARTIN, ZACHARY 0502