# EXHIBIT

# F

# LVMPD 000082 GARCIA, GEORGE 0454