EXHIBIT

H

# LVMPD
## Use of force Report

| Incident Details | | Incident Location | |
|---|---|---|---|
| Date Received | 10/16/2022 | Location of Occurrence | CCAC |
| Entered By | PO II George Garcia - 17207 | 3000 South Las Vegas Boulevard Las Vegas, NV, 89109 | |
| Date/Time of Occurrence | 10/16/2022 04:52 | -115.16480, 36.13605 | |
| Date/Time Entered | 10/16/2022 05:10 | | |
| Record ID Number | 129274 | | |
| Case No | LLV221000059714 | | |
| IA No | UOF2022-743 | | |
| LVMPD BlueTeam 6 Assigned Investigator | [Pending assignment] | | |
| IAPro Assigned Investigator | Un-assigned | Precinct: M1 | |



## Incident Summary

***BWC recording available***

On October 16th, 2022, at approximately 0452 hours, I Officer G. Garcia P#17207 operating as marked patrol unit 8M77 were in the area of 3000 S. Las Vegas Blvd Las Vegas NV 89109 (Resorts World Hotel/Casino). Several officers and I were tasked with maintaining a police presence inside the Zouk Nightclub located inside the casino. There have been instances where crowds have become unruly while inside nightclubs located within the strip corridor.

While inside the nightclub, officers were advised of a possible fight in the back house area and as a result myself and several other officers responded to the area. Upon arrival, I observed a large crowd of people attempting the leave the nightclub through the back of house entrance while security for the nightclub attempted to hold the crowd back. The area can be described as a larger hallway approximately 10-15' in width. I made my way through the crowd while instructing several people to disperse. Several orders to disperse from the area were made by myself and several other officers who arrived on scene. Many refused and continued to attempt to leave through the back of house entrance.

As a result of the refusal, one male was taken into custody. As Several uniformed officers attempted to take the male into custody, I observed a black female later identified as, Asia Williams DOB 11/20/1992, insert herself between the officers in an effort to prevent the officers from taking the male into custody. I used both of my hands to separate Williams from the officers and push her back. While doing so, Williams fell backwards on to the floor and immediately rose to her feet. At this time, myself and another officer created a barrier around the officers who were taking the subject into custody, to control the crowd in order to have them keep distance from the arrest. Williams did not indicate to me in any way that she suffered any injuries as a result of falling to the floor and instead proceeded to berate me and yell for officers to release the male who was taken into custody.

**PLTF000033**

I had to pushed Williams back several times while advising her she could be subject to arrest if she continued to intervene. At one point Williams attempted to pass me and to avoid pushing her breast, I used an open hand near her upper chest to push her backwards. During this my fingers touched her neck. Williams immediately accused me of putting my hands on her neck. Williams persisted until finally leaving the area. At no time did Williams state she was injured, show signs of visible injury or ask me to speak with a supervisor.

1. The severity of the crimes at issue: Obstructing a public officer (Misdemeanor)

2. Whether the subject poses an immediate threat to the safety of officers or others: Williams was actively attempting to separate the officers from talking the male into custody which posed an immediate threat.

3. Whether the subject is actively resisting arrest or attempting to evade arrest by flight: Williams did not actively resist arrest but attempted to prevent officers from taking another male into custody.

4. The influence of drugs/alcohol or the mental capacity of the subject: I believed Williams to be under the influence of alcohol as I could smell it on her breath.

5. The time available to an officer to make a decision: Due to Williams putting herself between officers and the male being taken into custody, I made the split-second decision to separate Williams from the officers to prevent injury to the officers and potentially herself.

6. The availability of officers/resources to de-escalate the situation: There were approximately 10 officers in the area during the incident and approximately 3 to 4 officers were actively attempting to take a make into custody prior to Williams inserting herself into the situation.

7. The proximity/access of weapons to the subject: Due to the large crowd and having to push my way through the crowd, I pushed Williams back while being cognizant of the potential for her to reach for a weapon or tool on the other officer's duty belt.

8. The environmental factors and/or other exigent circumstances: Enviromental factors considered were the small hallway with the large group of people gathered in it refusing to leave.

Use of Force Details

| | | | |
|---|---|---|---|
| More Than 1 Citizen Involved | No | Reason For Using Force | Complaint of Injury Only |
| Citizen Arrested | No | Distance to Citizen | a-0-5 feet |
| Employee(s) Injured | No | Citizen Injured | No |
| Employee(s) Taken to Hospital | No | Citizen Taken to Hospital | No |
| Service Being Rendered | PO-Call for Service | Citizen Build | Slender |
| Weather Condition | No adverse weather conditions | Citizen Height | 5'2" and shorter |
| Light Condition | Indoors-Poor Visibility | Citizen Influence Assessment | Under the Influence |

PLTF000034

## Reporting/Involved Citizen

### Asia Williams

| | | | |
|---|---|---|---|
| Date of Birth | 11/20/1992 | Gender | Female |
| Race | Black | Ethnicity | — |
| Role | — | | |
| Address | 444 South Flower Street<br>Los Angeles, CA, 90071 | Phone Numbers | (323) 839-0282 |
| Email | asia.alivia@yahoo.com | | |
| Type of Resistance Citizen Used Against Employee | Loud Screaming<br>Profanity<br>Highly Agitated<br>z-Other (See Narrative)<br>Visibly Upset<br>Argumentative<br>Non-Complaint | | |
| Charges Against Citizen | Obstructing a PO | | |

Injuries Sustained By Citizen

No injuries noted or visible

## Involved Employees

### PO II George Garcia - 17207

(Data at the time of incident)

| | | | |
|---|---|---|---|
| Assignment | PO II Tourist Safety Division/Convention Center Area Command//CC17/ 1 | | |
| Role | — | | |
| Height | — | | |
| Weight | — | | |
| Additional Snapshot Data | Officer was off-duty | Unk | |
| | Officer was employed off-duty | Unk | |
| | Officer was in uniform | Unk | |

PLTF000035

Force used by this Employee against Citizen

- Empty Hand - Force Effective: Yes — Points: 1, 2



Missed

Injuries Sustained By Employee

No injuries noted or visible

# Categories

Obstructive

# Attachments

| Date Attached | Attachment Description | Attachment Type |
|---|---|---|
| 10/28/2022 | Officer Booth's BWC (F*** Off Complaint) | — |
| 10/28/2022 | Supervisor Review | docx |
| 10/28/2022 | CADIncidentRecall LLV221000059714 | pdf |
| 10/28/2022 | Officer Garcia BWC | — |
| 10/28/2022 | CadIncidentRecall LLV221000059988 | pdf |
| 10/28/2022 | Officer Espinoza BWC- Williams Complaint | — |
| 10/28/2022 | Sgt. McCartin Interview with Williams | — |

# Assignment History

PLTF000036

| Time | | Entry |
|---|---|---|
| 11/09/2022 15:46 | KZ | ANALYST K Zafiris<br>Field status changed in IAPro from To IA to Released |
| 11/09/2022 15:46 | KZ | ANALYST K Zafiris<br>Released back to IAPro |

## Chain of Command History

| Time | | Entry |
|---|---|---|
| 10/23/2022 02:11 | GG | PO II George Garcia » PO SGT Zachary Mccartin<br>For review |
| 10/28/2022 02:26 | ZM | PO SGT Zachary Mccartin<br>[Forwarded by PO SGT Zachary Mccartin]<br><br>Signature line<br><br>_____ |
| 10/28/2022 02:26 | ZM | PO SGT Zachary Mccartin » PO LT Gibron Smith<br>See Supervisor Review |
| 11/03/2022 21:26 | GS | PO LT Gibron Smith<br>I have reviewed the Use of Force report, CAD, associated body worn cameras during my supervisory review of the event. Officer Garcia's use of empty hand tactics was within the low level force control response criteria.  Officer Garcia's response and actions during the incident were objectively reasonable and was within the guidelines of LVMPD policy.<br><br>Signature line<br><br>_____ |
| 11/03/2022 21:26 | GS | PO LT Gibron Smith » PO CAPT Joshua Bitsko<br>For your review. |
| 11/08/2022 13:15 | JB | PO CAPT Joshua Bitsko<br>I conducted a review of this UOF and the associated documentation and BWC (in part-at markers).  This was a very dynamic incident and the officers were outnumbered in a very small area.  I agree with the Sgt/LT assessment. This UOF is approved.<br><br>Signature line<br><br>_____ |

**Assigned Investigator Signature Line**

_____

[Pending assignment]

PLTF000037