EXHIBIT

I

**Kesha McMahon**

| | |
|---|---|
| **From:** | LVMPD <no-reply@lvmpd.com> |
| **Sent:** | Monday, October 9, 2023 10:50 PM |
| **To:** | IAB |
| **Subject:** | Complaints - Zouk Night Club at Resort World |

LVMPD
## *Zouk Night Club at Resort World* has been added

Modify my alert settings | View Zouk Night Club at Resort World | View Complaints | Mobile View

| | |
|---|---|
| **Location of Incident:** | Zouk Night Club at Resort World |
| **Date and Time of Occurrence:** | 0ct 15 2022 at 3:58 am |
| **Name:** | Asia Williams |
| **Date of Birth:** | |
| **Address:** | |
| **Apartment Number:** | |
| **City:** | Los Angeles |
| **State:** | CA |
| **Zip Code:** | 90071 |
| **Country:** | United States of America |
| **Home Phone Number:** | |
| **Cellular Number:** | |
| **Email Address:** | |
| **Complaint Type:** | Use of Force |
| **Name(s) of Employee(s):** | Two Unknown Las Vegas Metropolitan Police officers |
| **Badge/Personnel Number:** | |
| **Details That Might Help Identify The Employee(s):** | One of the officers were white and the other was Latino. |
| **Brief Summary of Complaint:** | On Saturday, October 15, 2022, I attended a concert at the Zouk Night Club at Resort World, located at 3000 S. Las Vegas Blvd., Las Vegas, Neveda 89109. At approximately 3:58 a.m., Las Vegas Metropolitan Police Officers were yelling at the crowd to exit. As many of us were trying to exit, the officers were pushing people without reason or explanation. Suddenly, I was trying to comply with the officers by exiting the premises, an unknown Las Vegas Metropolitan Police Officers, violently grabbed, choked, and forcefully pushed me onto the ground, and then violently threw another male victim on top of my body, which caused me physical, emotional, and mental harm. This entire incident was captured on video. An unknown good Samaritan who couldn't believe how violent these officers were acting was recordding the incident. After this witness saw me being pushed multiple times by this officer, he started recording the incident and sent me a copy.<br><br>At this time, I am represented by counsel. |

|  |  |
|---|---|
|  | Thank you,<br>Asia Williams |
| **Event Number and/or Citation Number:** |  |
| **Witness or Witnesses:** | Shasha Lance<br>Summer Wheaton |
| **Acknowledgment:** | Yes |

Last Modified 10/9/2023 10:46 PM by (unknown)

2