EXHIBIT

J

# CLAIM AGAINST THE STATE OF NEVADA

TO:  Claims Manager
Office of the Attorney General
DMV Legal/Tort Claims
555 Wright Way
Carson City, NV 89711
(775) 684-1252 or (775) 684-1263

*Received By AG's Office:*   *For AG's Office Use Only:*

Claim # _____    Dir. _____
X-Ref _____    Emp. _____
DOL _____    State Veh Lic _____
B/A _____    $ _____
Agency _____    Adj _____
_____    due _____

The following information is necessary to fairly evaluate your claim. Please provide complete information. If you need more space, attach a separate sheet of paper. Additional evidence, such as photographs, police reports, etc., should be attached if available. However, such additional evidence will not be returned. Keep copies for your records. PLEASE PRINT LEGIBLY OR TYPE. You <u>must sign the claim form</u>.

**YOU ARE NOT REQUIRED TO MAKE A CLAIM PRIOR TO FILING A LAWSUIT.
THE MAKING OF A CLAIM WILL NOT STOP THE RUNNING OF THE APPLICABLE STATUTE OF LIMITATIONS**

- *You* are the claimant if you are making this claim for yourself.
- *Your Client* is the claimant if you are an attorney making a claim on behalf of a client.
- *Your Company* is the claimant if you are making a claim on behalf of a business.
- *The Insurance Company* is the claimant if you represent an insurance company.

1. CLAIMANT'S NAME  ASIA WILLIAMS
   ADDRESS  950 S. FLOWER ST., APT 618
   LOS ANGELES, CA 90015
   DATE OF BIRTH 11/20/1992    DAYTIME TELEPHONE NUMBER  310  422-1139
   If you prefer to receive correspondence via EMAIL instead of U.S. Mail, please provide your email address:

2. IF CLAIMANT IS A BUSINESS:  Name of Employee involved in incident
   Company Contact Person    Your Reference

3. IF CLAIMANT IS AN INSURANCE COMPANY:  Name of your "INSURED"
   Claim Representative    Your Claim No.

4. IF YOU ARE REPRESENTED BY AN ATTORNEY: We will only communicate with you through your attorney. It is not necessary to retain an attorney to file a claim; however, if you have an attorney *for this claim*, please provide the following information:
   Attorney's Name  RODNEY S. DIGGS, ESQ.
   Firm's Name  IVIE MCNEILL WYATT PURCELL & DIGGS
   Address  444 S. FLOWER ST., SUITE 1800, LOS ANGELES, CA 90071
   Phone Number:  (213) 489-0028    File Reference  8032-001

5. DATE AND TIME when the incident occurred:  October 15, 2022

6. Exact LOCATION where the incident occurred:  Zouk Night Club at Resort World

7. **IF THIS IS AN AUTOMOBILE ACCIDENT**, please supply the following information:
   YOUR VEHICLE
   Year    Make    Model    License Number
   STATE VEHICLE
   Year    Make    Model    License Number

8. State the full names, addresses and phone numbers of all witnesses:

9. A CLAIM FOR $ __TBD__ is hereby made against the STATE OF NEVADA, based upon the following facts:

10. Describe how damage or injury occurred and what the STATE OF NEVADA or its employees did to cause your damage or injury. **Give full details:**

    On October 15, 2022, after a concert ended inside the Zouk Night Club at Resort World, as Claimaint was exiting the concert, without warning, a Las Vegas Metropolitan Police Officer violently grabbed, choked, and pushed Claimaint onto the ground, and then brutally threw another victim on top of her body, which caused Claimaint physical, emotional, and mental harm. The entire incident was captured on video.

    A) State of NV Employee's Name __Unknown at this time__    B) State of NV Agency __Las Vegas PD__

11. Explain and support the amount of damages you have claimed. Please provide a **MINIMUM OF 2 REPAIR ESTIMATES** for property damage. Also include any rental bills, receipts, medical reports, itemized statements, etc.

    TBD at trial.

12. If this claim is for personal injury and/or payment of medical expenses you must answer this question: **Are you covered under any type of Medicare Program.** NO [✓] YES [ ] if yes: Pursuant to Federal Medicare rules, if liability is accepted by the State of NV, you will be required, at a later date, to provide your Medicare Health Insurance Claim Number (HICN).

I, __ASIA WILLIAMS__, do hereby attest under penalty of perjury that I am the claimant named above, that I have read the foregoing claim and know the contents thereof, that the same is true of my own knowledge, except those matters stated upon information and belief, and as to those matters, I believe them to be true, and that THIS IS MY ENTIRE CLAIM AGAINST THE STATE OF NEVADA.

IF MY CLAIM IS PAID BY THE STATE OF NEVADA, I FULLY UNDERSTAND THAT I WILL HAVE TO SIGN A RELEASE OF ALL CLAIMS IN THE PRESENCE OF A NOTARY PUBLIC FOR THE DETERMINED AMOUNT BEFORE ANY PAYMENT WILL BE OFFERED TO ME. THIS RELEASE WILL BECOME EFFECTIVE ONLY UPON ACTUAL PAYMENT OF THE CLAIM BY THE STATE OF NEVADA.

Signature of Claimant (or Company Representative)    Date: 5/10/20

NOTICE: 197.160 of <u>Nevada Revised Statutes</u> provides that every person who knowingly presents a false claim is guilty of a gross misdemeanor, and is subject to criminal penalties of imprisonment of up to one year, and a fine of up to $2,000.

**Incomplete or unsigned claim forms will not be accepted and will be returned.**

**Claims may be submitted as follows:**

Email: agclaims@ag.nv.gov    Mail:    Fax: 775-684-4601
                             Claims Manager DMV
                             Legal/Tort Claims
                             555 Wright Way
                             Carson City, NV 89711

Page 2 of 2
TC-1 (revised 7/19)

PLTF000039

**WRIGHT WYATT BELL & DIGGS**

[S]th Flower Street
[1]8th Floor
[Los An]geles, CA 90071

**CERTIFIED MAIL**



7019 2970 0001 2014 3923



quadient
FIRST-CLASS MAIL
IMI
$008.10
05/10/2023 ZIP 90071
043M31241719
US POSTAGE

Claims Manager
Office of the Attorney General
DMV Legal/Tort Claims
555 Wright Way
Carson City, NV 89711

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $         Postmark
☐ Certified Mail Restricted Delivery   $     Here
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Sent To Claims Mgr / Ofc Atty Gen / DMV Legal Tort
Street and Apt. No., or PO Box No. 555 Wright Way
City, State, ZIP+4® Carson City NV 89711

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 2970 0001 2014 3923

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Claims Manager
Office of the Attorney General
DMV Legal Tort Claims
655 Wright Way
Carson City, NV 89711

2. Article Number (Transfer from service label)
9590 9402 4131 8092 0754 20
7019 2970 0001 2014 3923

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
5/16/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**PLTF000040**