# EXHIBIT K

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**

*Kevin McMahill, Sheriff*

11/15/2023

*Partners with the Community*

Ms. Asia Williams
444 South Flower Street, #1800
Los Angeles, CA 90071

Reference: SOC2023-0729

Dear Ms. Williams:

The complaint you filed with the Las Vegas Metropolitan Police Department (LVMPD) has been received and a preliminary investigation was conducted based on the information you provided in your statement. During the preliminary investigation, all reports and available investigative resources generated from the incident were reviewed.

After a thorough and impartial review, the investigation failed to produce sufficient evidence to clearly prove or disprove the allegation(s), or it was determined the actions taken by the employee(s) did not rise to the level of misconduct or was not a policy violation(s). The preliminary investigation and this finding were approved through two levels of review, including the Lieutenant of the Internal Affairs Bureau.

If you are not satisfied with this finding, and the complaint was against a Police or Corrections Officer, you may file a complaint with the Citizen Review Board. The Citizen Review Board serves as an independent civilian oversight agency for LVMPD Police and Corrections Officers and will review the investigation that was conducted by Internal Affairs. The CRB is not affiliated with the LVMPD. The CRB is located at 330 South 3rd Street, Suite 670, Las Vegas, NV 89101. They can be reached at (702) 455-6322. Please note you only have one year from the date of the incident to file a complaint with the CRB.

If you have any pertinent additional information regarding your complaint, please call (702) 828-3422. Thank you for bringing this incident to the attention of the Department. Your interest in helping us ensure we provide the best service possible to our community is appreciated.

Respectfully,
**Kevin McMahill, Sheriff**

By: Lieutenant Campbell
Internal Affairs Bureau

400 S. Martin L. King Blvd. • Las Vegas, Nevada 89106-4372 • (702) 828-3111
www.lvmpd.com • www.protectthecity.com

PLTF000041