EXHIBIT

L



| | | |
|---|---|---|
| AARON D. FORD<br>*Attorney General*<br><br>CRAIG A. NEWBY<br>*First Assistant Attorney General*<br><br>CHRISTINE JONES BRADY<br>*Second Assistant Attorney General* | **STATE OF NEVADA**<br>OFFICE OF THE ATTORNEY GENERAL<br>100 North Carson Street<br>Carson City, Nevada 89701 | TERESA BENITEZ-<br>THOMPSON<br>*Chief of Staff*<br><br>LESLIE NINO PIRO<br>*General Counsel*<br><br>HEIDI PARRY STERN<br>*Solicitor General* |

May 16, 2023

Rodney Diggs, Esq.
Ivie McNeill Wyatt Purcell & Diggs
444 S Flower St Ste 1800
Los Angeles CA  90071

   Re: Your Client:  Asia Williams
      Our Claim Number: TC20603
      Your Reference:  8032-001
      Date of Loss:   October 15, 2022

Dear Mr. Diggs, Esq.:

  The State of Nevada has received the Claim Against the State of Nevada for your above referenced client.  Within the claim documents, it appears the allegations are related to the Las Vegas Metropolitan Police Department.

  Please be advised that the Las Vegas Metropolitan Police Department is not a State of Nevada agency and they do not pay into the State of Nevada's self-insured liability fund.

  We must deny your claim against the State of Nevada and refer you to the Las Vegas Metropolitan Police Department for their insurance carrier.

             Sincerely,

             *Nancy Katafias*

             Nancy Katafias
             Claims Manager

Telephone: 775-684-1100 • Fax: 775-684-1108 • Web: ag.nv.gov • E-mail: aginfo@ag.nv.gov
Twitter: @NevadaAG • Facebook: /NVAttorneyGeneral • YouTube: /NevadaAG

PLTF000042