CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
IVIE McNEILL WYATT PURCELL & DIGGS
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
(725) 677-4055 Telephone
(725) 239-4055 Facsimile
CWilson@imwlaw.com

RODNEY S. DIGGS, ESQ. (*admitted pro hac vice*)
California Bar No. 274459
IVIE McNEILL WYATT PURCELL & DIGGS
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
(213) 489-0028 Telephone
RDiggs@imwlaw.com

*Attorneys for Plaintiff, Asia El-Nimeiri-Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ASIA EL-NIMEIRI-WILLIAMS, an individual,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER GEORGE GARCIA, individually and in his official capacity as a police officer employed by the LVMPD; DOE OFFICER 1, individually and in his official capacity as a police officer employed by the LVMPD; and DOES 1 through 10, inclusive,

Defendants.

CASE NO.: 2:24-cv-01906-APG-EJY

**JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER TO DECEMBER 2, 2026**

COMES NOW, Plaintiff, ASIA EL-NIMEIRI-WILLIAMS ("Plaintiff"), by and through her counsel of record, IVIE MCNEILL WYATT PURCELL & DIGGS; and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT and OFFICER GEORGE GARCIA ("Defendants"), by and through his counsel of record, MARQUIS AURBACH, and hereby ask this Court to extend the deadline to submit the parties' Joint Pretrial Order from the current deadline, November 3, 2026, to Wednesday, December 2, 2026.

On October 2, 2026, an order was entered denying request to reopen discovery including setting deadline for Proposed Pretrial Order to Tuesday, November 3, 2026. Counsel for the parties met and conferred on November 2, 2026, and agreed to draft a Joint Pretrial Order due to agreements as to the material issues in dispute and future handling.

The counsel for the parties continue to work diligently to timely submit the Joint Pretrial Order, however, thirty business days are necessary to finalize and submit the same and accordingly request an extension to Wednesday, December 2, 2026.

IT IS SO STIPULATED.

DATED this 2nd day of November, 2026.

MARQUIS AURBACH

*/s/ Craig R. Anderson*

CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
Email: CAnderson@maclaw.com
*Attorneys for Defendants,*
*LVMPD, and Officer George Garcia*

DATED this 2nd day of November, 2026.

IVIE McNEILL WYATT PURCELL & DIGGS

CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
Email: CWilson@imwlaw.com
*Attorneys for Plaintiff,*
*Asia El-Nimeiri-Williams*

IT IS SO ORDERED.

DATED: November 3, 2026

UNITED STATES MAGISTRATE JUDGE